UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SEBASTIAN P. BADAMO, *Executor for the Estate of*  :
*Carlo G. Badamo, Deceased*, :
:
                     Plaintiff, :       20-cv-5847 (LJL)
:
      -v- :       ORDER
:
CHEVRON U.S.A. INC., F/K/A GULF OIL :
CORPORATION, et al, :
:
                   Defendants. :
:
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2022

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within ninety (90) days of this Order. Any application to reopen filed after ninety (90) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED. The jury trial set to begin on July 11, 2022 is CANCELED.

      SO ORDERED.

Dated: June 21, 2022
       New York, New York

                                               LEWIS J. LIMAN
                                               United States District Judge